UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-305 AG (FFM) | Date | March 18, 2011 |
|---|---|---|---|
| Title | OMAR FAROUK GANI v. RANDY GROUNDS, WARDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On February 23, 2011, the Court issued an Order re Petitioner's Motion to Proceed In Forma Pauperis and an Order Requiring Return to Petition for Writ of Habeas Corpus. The service copies of these orders sent to petitioner have since been returned to the Court as "Return to Sender. Paroled."

Pursuant to Local Rule 41-6:
A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Local Rule 41-6; *see Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

Petitioner is ordered to show cause within fifteen (15) days of the date of this order why this action should not be dismissed for his failure to inform the Court of his change of address.

Failure to file a timely response to this order within the time specified will be deemed consent to the dismissal of this action.

|  | : |
|---|---|
| Initials of Preparer | JM |