UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OMAR FAROUK GANI,<br><br>              Petitioner,<br><br>     v.<br><br>RANDY GROUNDS, WARDEN,<br><br>              Respondent. | No. EDCV 11-305 AG (FFM)<br><br>ORDER AND JUDGEMENT DISMISSING ACTION FOR LACK OF PROSECUTION |

On February 18, 2011, petitioner, then a prisoner at Soledad State Prison, filed a Petition for Writ Habeas Corpus under 28 U.S.C. § 2254 by a Person in State Custody.

On February 23, 2011, the Court issued an Order re Petitioner's Motion to Proceed In Forma Pauperis and an Order Requiring Return to Petition for Writ of Habeas Corpus. The service copies of these orders sent to petitioner have since been returned to the Court as "Return to Sender. Paroled."

On March 18, 2011, having received no communication from petitioner, the Court ordered petitioner to show cause in writing no later than April 4, 2011 why the action should not be dismissed for lack of prosecution. Petitioner did not respond to the order to show cause. The service copy of this order has since been returned to the Court as "Paroled."

/ / /

Pursuant to Local Rule 41-6:

> A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any. If mail directed by the Clerk to a *pro se* petitioner's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such petitioner fails to notify, in writing, the Court and opposing parties of said petitioner's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Local Rule 41-6; *see Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

To date, petitioner has not notified the Court of his new address and, as a result, the Court has no way of communicating with petitioner. Moreover, petitioner has ignored this Court's order to show cause and has not made any contact with the Court. Accordingly, this action is **ORDERED DISMISSED** without prejudice for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); Fed. R. Civ. P. 41(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 30, 2011

_____
ANDREW J. GUILFORD
United States District Judge

Presented by: /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge