UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| OMAR FAROUK GANI, | ) | No. EDCV 11-305 AG (FFM) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RANDY GROUNDS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Action for Lack of Prosecution,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 30, 2011

_____
ANDREW J. GUILFORD
United States District Judge